

**FILED**
**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEERLESS INDUSTRIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MASS ENGINEERED DESIGN, INC., an Ontario, Canada Corporation, and JERRY MOSCOVITCH, an individual, <br><br> Defendants. | Case No. <br><br> Judge: |

**08 C 617**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

**COMPLAINT FOR DECLARATORY JUDGMENT BY PEERLESS INDUSTRIES, INC.**

Plaintiff Peerless Industries, Inc. ("Peerless"), hereby brings this action against Defendants Mass Engineered Design, Inc., ("Mass Engineered") and Jerry Moscovitch ("Moscovitch"), (collectively "Defendants") for a declaration that United States Patent RE 36,978 (the "'978 Patent") is invalid and not infringed by Peerless' multi-display mount products.

**NATURE OF THE ACTION**

This is an action arising under the United States Patent Laws, 35 U.S.C. § 1 *et. seq*. and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, in which Peerless seeks a declaration, damages, and injunctive relief arising from Defendants' contentions that Peerless' multi-display products infringe the '978 Patent, which is attached hereto as Exhibit A.

## THE PARTIES

1. Peerless is a Delaware corporation having its principal place of business at 3215 W. North Ave., Melrose Park, Illinois 60160, and is in the business of, *inter alia*, manufacturing and selling audio and video mounting solutions.

2. On information and belief, Mass Engineered is a corporation organized and existing under the laws of the province of Ontario, Canada and has its principal place of business at 474 Wellington Street West, Toronto, Ontario, Canada.

3. On information and belief, Jerry Moscovitch is an individual residing in the province of Ontario, Canada.

## JURISDICTION AND VENUE

4. This court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

5. This Court has personal jurisdiction over Mass Engineered and Moscovitch because, on information and belief, Mass Engineered and its owner and founder, Moscovitch, regularly conduct business in this judicial district.

6. Venue is proper in this Court pursuant to at least 28 U.S.C. §§ 1391 (b)-(d) and 28 U.S.C. § 1400(b).

## FACTS GIVING RISE TO THIS ACTION

7. According to the records available from the United States Patent and Trademark Office ("USPTO"), United States Patent No. 5,687,939, entitled "Dual Display System" issued on November 18, 2007 and identified Moscovitch as inventor.

8. Further according to the records available from the USPTO, United States Patent No. 5,687,939 was reissued as the '978 patent.

9. On information and belief, Moscovitch is the sole owner of the '978 Patent.

2

10. On information and belief, Moscovitch has granted Mass Engineered an exclusive license to the '978 Patent.

11. On or about July 7, 2006, Mass Engineered and Moscovitch filed a lawsuit in the United States District Court for the Eastern District of Texas (Civil Action No. 2:06-cv-272) against multiple defendants including Ergotron, Inc., Dell, Inc., CDW Corporation ("CDW"), and Tech Data Corporation alleging infringement of the '978 Patent based on the defendants manufacture, use, sale, importation, and/or offers for sale of certain multi-display products, (the "Texas Litigation").

12. On November 27, 2007, the court in the Texas Litigation held a Markman Hearing to construe the claims of the '978 Patent.

13. In the Texas Litigation, CDW filed a Third Party Complaint against Peerless alleging breach of warranty and an obligation to indemnify CDW in that action. Peerless was served with CDW's Third Party Complaint in the Texas Litigation on December 12, 2007.

14. Paragraphs 22 and 77 of CDW's Third Party Complaint in the Texas Litigation indicate that the following products manufactured and sold by Peerless have been accused of infringement of the '978 Patent: Quad Desktop Articulating Mount (LCT-104), MultiScreen Desktop Articulating Arm (LCT-102), and/or MultiScreen Desktop Mount (LCT-103).

**COUNT ONE—DECLARATION OF NON INFRINGEMENT OF THE '978 PATENT**

15. Peerless repeats and realleges the allegations of Paragraphs 1-14 as if fully set forth herein.

16. There is an actual and justiciable controversy between Peerless and Defendants regarding the infringement of the '978 Patent.

17. Peerless has not engaged in and is not engaging in activities that constitute infringement, whether direct, contributory, or by inducement, of any valid claim of the '978 Patent.

**COUNT TWO—DECLARATION OF INVALIDITY OF THE '978 PATENT**

18. Peerless repeats and realleges the allegations of Paragraphs 1-17 as if fully set forth herein.

19. There is an actual and justiciable controversy between Peerless and Defendants regarding the validity of the '978 Patent.

20. The '978 Patent is invalid for failure to comply with one or more of the requirements for patentability set forth in 35 U.S.C. §§ 101, 102, 102, and/or 112.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff Peerless respectfully requests that the Court enter judgment against Defendants Mass Engineered and Moscovitch, including:

    A. An order declaring that Peerless has not infringed and is not infringing the '978 Patent;

    B. An order declaring that each claim of the '978 Patent is invalid;

    C. An injunction prohibiting Mass Engineered and Moscovitch from alleging infringement of the '978 Patent by Peerless;

    D. An award of damages that Peerless has sustained;

    E. A declaration that this case is "exceptional" within the meaning of 35 U.S.C. § 285 due to, *inter alia*, the above actions of Mass Engineered and/or Moscovitch; and

F.  Such further relief that this Court deems proper and just.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Peerless demands a trial by jury in this action.

Dated: January 29, 2008                                Respectfully submitted,

By: ___s/ Andrea M. Augustine_____
Andrea M. Augustine (IL Bar No. 6242450)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
aaugustine@foley.com

G. Peter Albert, Jr.(IL Bar No. 6224008)
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 847-6700
Facsimile: (858) 792-6773
palbert@foley.com

*Attorneys for Plaintiff*
*Peerless Industries, Inc.*