**FILED**
**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEERLESS INDUSTRIES, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MASS ENGINEERED DESIGN, INC., an Ontario, Canada Corporation, and JERRY MOSCOVITCH, an individual,<br><br>  Defendants. | Case No.<br><br>Judge:<br><br>**08 C 617**<br><br>**JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE DENLOW** |

### PEERLESS INDUSTRIES, INC.'S NOTIFICATION OF AFFILIATES

Plaintiff Peerless Industries, Inc. ("Peerless"), hereby provides notification to the Court of its affiliates pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1

Peerless has no parent corporation. There are no publicly held entities that own 5 percent or more of Peerless' stock.

Dated:  January 29, 2008

Respectfully submitted,

By:  ___s/   Andrea M. Augustine___
Andrea M. Augustine  (IL Bar No. 6242450)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
aaugustine@foley.com

G. Peter Albert, Jr.(IL Bar No. 6224008)
FOLEY & LARDNER LLP

CHIC_1775128.1

11250 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 847-6700
Facsimile: (858) 792-6773
palbert@foley.com

***Attorneys for Plaintiff***
***Peerless Industries, Inc.***

2