FILED
JANUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEERLESS INDUSTRIES, INC., a Delaware Corporation, </br></br>Plaintiff, </br></br>vs. </br></br>MASS ENGINEERED DESIGN, INC., an Ontario, Canada Corporation, and JERRY MOSCOVITCH, an individual, </br></br>Defendants. | Case No. </br></br>Judge: </br></br>**08 C 617** </br></br>**JUDGE GETTLEMAN** </br>**MAGISTRATE JUDGE DENLOW** |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING A PATENT

Pursuant to Local Rule 3.4 of the United States District Court for the Northern District of Illinois and 35 U.S.C. § 290, Plaintiff Peerless Industries, Inc. hereby submits the following Notice of Claims Involving a Patent.

1. Peerless Industries, Inc. is a Delaware corporation and has its principal place of business at 3215 W. North Avenue, Melrose Park, Illinois 60160.

2. On information and belief, Defendant Mass Engineered Design, Inc. is a corporation organized and existing under the laws of the province of Ontario, Canada, and has its principal place of business at 474 Wellington Street, W., Toronto, Ontario, M5V 1E3, Canada.

3. On information and belief, Defendant Jerry Moscovitch is an individual residing in Canada at 59 Cowar Avenue, Toronto, Ontario, M6K 2N1, Canada.

4. According to the records of the United States Patent and Trademark Office, United States Patent No. 5,687,939 issued on November 18, 1997 and was reissued on December

CHIC_1775131.1

2

5, 2000 as United States Patent No. RE 36,978, both of which identify Jerry Moscovitch as inventor.

Dated:  January 29, 2008               Respectfully submitted,


By: ___s/   Andrea M. Augustine_____
Andrea M. Augustine  (IL Bar No. 6242450)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
aaugustine@foley.com

G. Peter Albert, Jr.(IL Bar No. 6224008)
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California  92130
Telephone:  (858) 847-6700
Facsimile:  (858) 792-6773
palbert@foley.com

*Attorneys for Plaintiff*
*Peerless Industries, Inc.*