# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PEERLESS INDUSTRIES, INC., a Delaware Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASS ENGINEERED DESIGN, INC., an Ontario, Canada Corporation, and JERRY MOSCOVITCH, an individual, )<br>)<br>Defendants. ) | Case No.  1:08-cv-00617<br><br>Judge Robert Gettleman |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Peerless Industries, Inc. ("Peerless"), through its undersigned counsel, hereby dismisses without prejudice its Declaratory Judgment Complaint against Defendants, Mass Engineered Design, Inc. and Jerry Moscovitch.

Dated:  April 4, 2008

Respectfully submitted,

By:   /s/  Andrea M. Augustine
Andrea M. Augustine  (IL Bar No. 6242450)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
aaugustine@foley.com

G. Peter Albert, Jr.(IL Bar No. 6224008)
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California  92130
Telephone:  (858) 847-6700
Facsimile:  (858) 792-6773
palbert@foley.com

## CERTIFICATE OF SERVICE

    I, Andrea M. Augustine, an attorney, hereby certify that on April 4, 2008, I electronically filed the foregoing **NOTICE OF DISMISSAL** with the Clerk of the Court using the CM/ECF system. I further certify that I served a copy of the same to counsel for Mass Engineered Design, Inc. and Jerry Moscovitch via email to:

Justin A. Nelson<br>
Susman Godfrey LLP<br>
1201 Third Avenue, Suite 3800<br>
Seattle, Washington  98101<br>
(206) 516-3867<br>
jnelson@susmangodfrey.com

        /s/  Andrea M. Augustine