# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 617 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Peerless Industries, Inc.   vs   Lmass Engineered Design, Inc., etc., e t al | | |

**DOCKET ENTRY TEXT:**

The complaint is dismissed without prejudice pursuant to Rule 41(a)(1)(I) F.R.C.P.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|